POLSINELLI LLP
GREGORY R. JONES (State Bar No. 229858)
gjones@polsinelli.com
NOEL S. COHEN (State Bar No. 219645)
ncohen@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone:  (310) 556-1801
Facsimile:   (310) 556-1802

Attorneys for Defendants
HALOMD, LLC and ALLA LAROQUE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HALOMD, LLC; ALLA LAROQUE; BRUIN NEUROPHYSIOLOGY, P.C.; iNEUROLOGY, PC; LOS ANGELES NEUROLOGICAL ASSOCIATES, PC; NEXPRESS, PC; NORTH AMERICAN NEUROLOGICAL ASSOCIATES, PC; SOUND PHYSICIANS EMERGENCY MEDICINE OF SOUTHERN CALIFORNIA, P.C.; and SOUND PHYSICIANS ANESTHESIOLOGY OF CALIFORNIA, P.C.,<br><br>Defendants. | Case No.: 25-cv-1467<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES BY DEFENDANTS HALOMD, LLC AND ALLA LAROQUE**<br><br>**(L.R. 7.1-1)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.1-1, defendants HaloMD, LLC. ("HaloMD") and Alla LaRoque state as follows:

- HaloMD has no parent company, and no publicly held corporation owns 10% or more of its stock.

Further, the undersigned, counsel of record for HaloMD, certifies that the following individuals and entities, other than the defendants named in this action, may have a pecuniary interest in the outcome of this case:

- Scott LaRoque (downstream beneficial owner in HaloMD, LLC) and MPOWERHealth.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: September 9, 2025　　　　　　　POLSINELLI LLP

　　　　　　　　　　　　　　　　　　By: */s/ Gregory R. Jones*
　　　　　　　　　　　　　　　　　　　　GREGORY R. JONES
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　HALOMD, LLC and ALLA LAROQUE

---

1
DEFENDANTS HALOMD, LLC'S AND ALLA LAROQUE'S
CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

105389056.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I filed the foregoing via this Court's CM/ECF electronic filing system, which served all counsel of record.

*/s/ Gregory R. Jones*
Gregory R. Jones

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

1
DEFENDANTS HALOMD, LLC'S AND ALLA LAROQUE'S
CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES
105389056.1