Long X. Do (SBN 211439)
ATHENE LAW, LLP
5432 Geary Blvd. #200
San Francisco, California 94121
Telephone: (415) 686-7531
long@athenelaw.com

Eric D. Chan (SBN 253082)
ATHENE LAW, LLP
10866 Washington Blvd., #142
Culver City, California 90232
Telephone: (310) 913-4013
eric@athenelaw.com

*Attorneys for California Medical Association*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HALOMD, LLC; ALLA LAROQUE; SCOTT LAROQUE; MPOWERHEALTH PRACTICE MANAGEMENT, LLC; BRUIN NEUROPHYSIOLOGY, P.C.; iNEUROLOGY, PC; N EXPRESS, PC; NORTH AMERICAN NEUROLOGICAL ASSOCIATES, PC; SOUND PHYSICIANS EMERGENCY MEDICINE OF SOUTHERN CALIFORNIA, P.C.; and SOUND PHYSICIANS ANESTHESIOLOGY OF CALIFORNIA, P.C.,<br><br>Defendants. | Case no. 25-cv-1467-KES<br><br>**DECLARATION OF LONG X. DO IN SUPPORT OF CALIFORNIA MEDICAL ASSOCIATION'S APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE**<br><br>Judge: Hon. Karen E. Scott |

I, Long X. Do, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I make this declaration in support of the California Medical Association's ("CMA") Application for Leave to File Amicus Curiae Brief in Support of Defendants' Motions to Dismiss and Special Motion to Strike ("Application"). The facts stated herein are personally known to me, and if called as a witness I could and would competently testify to them.

2. On behalf of CMA, on December 16, 2025, I conferred via email with counsel for the parties in the above-captioned action regarding the Application. I described the nature of the Application and the substance of CMA's proposed amicus brief, and I requested that counsel respond to me on or before December 29, 2025, concerning their clients' response.

3. Counsel for each of the defendants responded that they consent to the filing of CMA's amicus brief and therefore do not oppose the Application.

4. Counsel for the plaintiffs responded that they do not consent.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Takoma Park, Maryland, on this 31st day of December 2025.

                                                   */s/ Long X. Do*
                                                   LONG X. DO