Long X. Do (SBN 211439)
ATHENE LAW, LLP
5432 Geary Blvd. #200
San Francisco, California 94121
Telephone: (415) 686-7531
long@athenelaw.com

Eric D. Chan (SBN 253082)
ATHENE LAW, LLP
10866 Washington Blvd., #142
Culver City, California 90232
Telephone: (310) 913-4013
eric@athenelaw.com

*Attorneys for California Medical Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HALOMD, LLC; ALLA LAROQUE; SCOTT LAROQUE; MPOWERHEALTH PRACTICE MANAGEMENT, LLC; BRUIN NEUROPHYSIOLOGY, P.C.; iNEUROLOGY, PC; N EXPRESS, PC; NORTH AMERICAN NEUROLOGICAL ASSOCIATES, PC; SOUND PHYSICIANS EMERGENCY MEDICINE OF SOUTHERN CALIFORNIA, P.C.; and SOUND PHYSICIANS ANESTHESIOLOGY OF CALIFORNIA, P.C.,<br><br>Defendants. | Case no. 25-cv-1467-KES<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF THE CALIFORNIA MEDICAL ASSOCIATION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS**<br><br>Judge:  Hon. Karen E. Scott |

Having considered the parties' arguments, the Court in its discretion **GRANTS** the California Medical Association's application for leave to file an amicus brief in support of defendants. The Court will consider the amicus brief, to the extent relevant and persuasive, alongside the briefing on the parties' pending motions and all other relevant papers in this matter. The California Medical Association shall file its amicus brief as a separate entry on the docket within three court days of the entry date of this order.

**IT IS SO ORDERED.**

Dated:

Hon. Karen E. Scott
United States Magistrate Judge