Long X. Do (SBN 211439)
ATHENE LAW, LLP
5432 Geary Blvd. #200
San Francisco, California 94121
Telephone: (415) 686-7531
long@athenelaw.com

Eric D. Chan (SBN 253082)
ATHENE LAW, LLP
10866 Washington Blvd., #142
Culver City, California 90232
Telephone: (310) 913-4013
eric@athenelaw.com

*Attorneys for California Medical Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HALOMD, LLC; ALLA LAROQUE; SCOTT LAROQUE; MPOWERHEALTH PRACTICE MANAGEMENT, LLC; BRUIN NEUROPHYSIOLOGY, P.C.; iNEUROLOGY, PC; N EXPRESS, PC; NORTH AMERICAN NEUROLOGICAL ASSOCIATES, PC; SOUND PHYSICIANS EMERGENCY MEDICINE OF SOUTHERN CALIFORNIA, P.C.; and SOUND PHYSICIANS ANESTHESIOLOGY OF CALIFORNIA, P.C.,<br><br>Defendants. | Case no. 25-cv-1467-KES<br><br>**CALIFORNIA MEDICAL ASSOCIATION'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Karen E. Scott |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned certifies that the California Medical Association is a California not-for-profit mutual benefit association, and that it has no parent corporation, subsidiaries, and/or affiliates. No publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for the California Medical Association, certifies that there are no parties that may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  December 31, 2025

Respectfully submitted,

*/s/ Long X. Do*
LONG X. DO
*Attorney for California Medical Association*