TROUTMAN PEPPER LOCKE LLP
Jessamyn E. Vedro (SBN 280209)
jessamyn.vedro@troutman.com
350 South Grand Ave, Suite 3400
Los Angeles, CA  90071
Telephone:   213.928.9800
Facsimile:    213.928.9850

Ryan C. Temme (*pro hac vice* forthcoming)
Seth T. Perretta (*pro hac vice* forthcoming)
Elizabeth Loh (*pro hac vice* forthcoming)
**Groom Law Group, Chartered**
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel: (202) 867-0620
Fax: (202) 659-4503
sperretta@groom.com
rtemme@groom.com
eloh@groom.com

*Counsel for American Benefits Council, ERISA Industry Committee & Business Group on Health*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; and BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation,<br><br>               Plaintiffs,<br>vs.<br><br>HALOMD, LLC, et al.,<br><br>               Defendants. | Case No.: 8:25-cv-01467-KES<br><br>Assigned to: Hon. Karen E. Scott<br><br>**CERTIFICATE OF COMPLIANCE** |

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for the American Benefits Council, Business Group on Health, and the ERISA Industry Committee certifies that this brief contains 3500 words, which is half the word limit of L.R. 11-6.1.

## FRAP 29 DISCLOSURE

Consistent with Federal Rule of Appellate Procedure, rule 29(a)(4)(E), the undersigned counsel for the American Benefits Council, Business Group on Health, and the ERISA Industry Committee represents that no party or party's counsel (i) authored this amicus brief in whole or in part; (ii) contributed money that was intended to fund preparing or submitting this brief; or (iii) contributed money that was intended to fund preparing or submitting the brief, other than the amicus curiae, its members, or its counsel.

Dated:	February 6, 2026	TROUTMAN PEPPER LOCKE LLP

By: */s/ Jessamyn E. Vedro*
	Jessamyn E. Vedro

Dated:	February 6, 2026	GROOM LAW GROUP, CHARTERED

By: */s/ Ryan C. Temme*
	Ryan C. Temme
	Seth T. Perretta
	Elizabeth Loh

*Counsel for American Benefits Council, ERISA Industry Committee & Business Group on Health*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a copy of the foregoing **CERTIFICATE OF COMPLIANCE** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                        */s/ Jessamyn E. Vedro*
                                        Jessamyn E. Vedro