1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; and BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS, a California corporation, | Case No.: 8:25-cv-01467-KES |
| | Assigned to: Hon. Karen E. Scott |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION OF THE AMERICAN BENEFITS COUNCIL, THE ERISA INDUSTRY COMMITTEE, & THE BUSINESS GROUP ON HEALTH FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS** |
| vs. | |
| HALOMD, LLC, et al., | |
| Defendants. | |

Having considered the parties' arguments, the Court in its discretion GRANTS the American Benefits Council, the ERISA Industry Committee, and the Business Group on Health's application for leave to file an amicus brief in support of plaintiffs. The Court will consider the amicus brief, to the extent relevant and persuasive, alongside the briefing on the parties' pending motions and all other relevant papers in this matter. The American Benefits Council, the ERISA Industry Committee, and the Business Group on Health shall file its amicus brief as a separate entry on the docket within three  court days of the entry date of this order.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Karen E. Scott
United States District Judge