JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHEM BLUE CROSS LIFE
AND HEALTH INSURANCE
COMPANY, et al.,

   Plaintiffs,

  v.

HALOMD LLC, et al.,

   Defendants.

Case No. 8:25-cv-01467-KES

**JUDGMENT**

IT IS ADJUDGED that Plaintiffs' vacatur claims are DISMISSED WITH PREJUDICE.  Plaintiffs' remaining claims are dismissed for lack of jurisdiction.

DATED:  April 9, 2026

_____
Hon. Karen E. Scott
UNITED STATES DISTRICT JUDGE